**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| Skatteforvaltningen,<br><br>                        Plaintiff,<br><br>    vs.<br><br>Fresh Pond Investment LLC, 2321 Capital LLC, LBM DME Holdings LLC, LBM Family Trust, Gabrielle McGee, *in her capacity as trustee to the LBM Family Trust and as beneficiary or joint account holder of the JPMorgan Chase Bank, N.A. account ending in -7885*, Kim Heneghan, Mark Talucci, and Steve Feldman, *in their capacity as trustees to the LBM Family Trust¸* and Luke Beneville McGee, *in his capacity as trustee to the LBM Family Trust and in his capacity as trustee or joint account holder of the JPMorgan Chase Bank, N.A. account ending in -7885*,<br><br>                   Defendants. | Civil Action No. |

## NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8, Plaintiff Skatteforvaltningen hereby provides notice of the following related actions pending before this Court or another court:

- *Heneghan, et al. v. Skatteforvaltningen¸* 26-cv-80511-EA (S.D. Fla.)

- *Stein, et al. v. Skatteforvaltningen*, 23-cv-02508-NRB (S.D.N.Y.)

- *Skatteforvaltningen v. 470 Ocean Blvd. Tr., et al.*, 25-cv-01498-NRB (S.D.N.Y.)

- *Skatteforvaltningen v. McGee, et al.*, 25-cv-02281-NRB (S.D.N.Y.)

Dated: New York, New York
      June 2, 2026

Respectfully submitted,

HUGHES HUBBARD & REED LLP

/s/ Meaghan C. Gragg
Meaghan C. Gragg
Fla. Bar No. 33607
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000 (t)
(212) 422-4726 (f)
meaghan.gragg@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*